**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   TIFFANY C GRAY                                         Case No.: 09-43406

Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/16/2009.

2) This case was confirmed on 03/31/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/18/2010, 12/20/2011, 04/26/2012, 08/01/2012.

5) The case was dismissed on 10/17/2012.

6) Number of months from filing to the last payment: 29

7) Number of months case was pending: 38

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    6,000.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 4,839.00 |
| Less amount refunded to debtor | $ 28.84 |
| **NET RECEIPTS** | $ 4,810.16 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 1,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 265.67 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,765.67 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ISAC | UNSECURED | 5,487.00 | 11,550.09 | 11,550.09 | 199.59 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 2,769.01 | 2,769.01 | 47.84 | .00 |
| CORPORATE AMERICA FA | UNSECURED | 1,393.00 | 1,393.47 | 1,393.47 | 24.08 | .00 |
| VILLAGE OF EAST HAZE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 140.17 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,357.03 | 2,347.85 | 2,347.85 | 2,347.85 | .00 |
| VILLAGE OF HAZEL CRE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF COUNTRY CLUB | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF MATTESON | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| ACME CONTINENTAL CU | UNSECURED | 489.19 | 731.92 | 731.92 | .00 | .00 |
| US CELLULAR | UNSECURED | .00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 107.00 | NA | NA | .00 | .00 |
| DUPAGE COUNTY COURT | UNSECURED | .00 | NA | NA | .00 | .00 |
| DUPAGE COUNTY COURT | UNSECURED | .00 | NA | NA | .00 | .00 |
| PUBLIC STORAGE | UNSECURED | 192.00 | NA | NA | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | .00 | NA | NA | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | .00 | NA | NA | .00 | .00 |
| ASPEN/FB&T | UNSECURED | 294.00 | NA | NA | .00 | .00 |
| CITI CARDS | UNSECURED | .00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| CENTRIX RESOURCE SYS | UNSECURED | 10,943.00 | NA | NA | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | 132.00 | NA | NA | .00 | .00 |
| VILLAGE OF EAST HAZE | UNSECURED | 250.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COMMONWEALTH EDISON | UNSECURED | 1,989.42 | 2,089.70 | 2,089.70 | 36.11 | .00 |
| CORPORATE AMERICA FA | UNSECURED | .00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 4,234.00 | NA | NA | .00 | .00 |
| CRED PROTECTION ASSO | UNSECURED | .00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | .00 | NA | NA | .00 | .00 |
| SUBURBAN EMERGENCY | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 296.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 68.00 | NA | NA | .00 | .00 |
| COMED | UNSECURED | 266.00 | NA | NA | .00 | .00 |
| HSBC NV | UNSECURED | .00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 4,300.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 1,543.00 | NA | NA | .00 | .00 |
| IL DEPT OF EMPL0YMEN | UNSECURED | 1,901.00 | 1,779.84 | 1,779.84 | 30.76 | .00 |
| ISAC | UNSECURED | 1,812.00 | NA | NA | .00 | .00 |
| KIA FINANCIAL SERVIC | UNSECURED | .00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| MICHAEL PULLIAM | UNSECURED | 1,035.00 | NA | NA | .00 | .00 |
| MIDWEST NEOPED ASSOC | UNSECURED | 386.00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN GR | UNSECURED | 145.00 | NA | NA | .00 | .00 |
| TCF NATIONAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,180.00 | NA | NA | .00 | .00 |
| NES/IDAP | UNSECURED | 4,150.00 | NA | NA | .00 | .00 |
| NES/IDAP | UNSECURED | 3,202.00 | NA | NA | .00 | .00 |
| NES/IDAP | UNSECURED | 1,370.00 | NA | NA | .00 | .00 |
| NES/IDAP | UNSECURED | .00 | NA | NA | .00 | .00 |
| NES/IDAP | UNSECURED | .00 | NA | NA | .00 | .00 |
| NES/IDAP | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONAL EDUCATION S | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONAL EDUCATION S | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONAL EDUCATION S | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONAL EDUCATION S | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONAL EDUCATION S | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONAL EDUCATION S | UNSECURED | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES ENERGY CREDI | UNSECURED | 286.00 | 837.40 | 837.40 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS IN | UNSECURED | 142.46 | NA | NA | .00 | .00 |
| OLYMPIA COLLEGE | UNSECURED | 364.00 | NA | NA | .00 | .00 |
| VILLAGE OF RICHTON P | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF ORLAND PA | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| SALLIE MAE INC | UNSECURED | .00 | 3,581.13 | 3,581.13 | 61.88 | .00 |
| SALLIE MAE SERVICING | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SALLIE MAE SERVICING | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | .00 | NA | NA | .00 | .00 |
| SECURITY CREDIT SERV | UNSECURED | 104.00 | NA | NA | .00 | .00 |
| T-MOBILE BANKRUPTCY | UNSECURED | 153.69 | NA | NA | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1,295.00 | 1,295.27 | 1,295.27 | 22.38 | .00 |
| VERIZON WIRELESS | UNSECURED | 1,361.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 67.00 | NA | NA | .00 | .00 |
| SVM MANAGEMENT LLC | OTHER | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 10.98 | 10.98 | .00 | .00 |
| GLENDA J GRAY | PRIORITY | NA | .00 | 274.00 | 274.00 | .00 |
| SALLIE MAE INC | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE INC | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE INC | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE INC | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE INC | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 2,621.85 | 2,621.85 | .00 |
| **TOTAL PRIORITY:** | 2,621.85 | 2,621.85 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 26,038.81 | 422.64 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,765.67 |
| Disbursements to Creditors | $ | 3,044.49 |
| **TOTAL DISBURSEMENTS:** | $ | 4,810.16 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   01/22/2013          /s/ Tom  Vaughn
                             Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**